1 | Dina L. Santos, SBN 204200
A Professional Law Corporation
2 | 455 Capitol Mall, Suite 802
Sacramento, CA 95814
3 | Telephone:  (916) 447-0160

4

Attorney for:
5 | Noe Baeza Bravo

6

7                          IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,                CASE NO. 16-CR-0067 JAM

11 |                        Plaintiff,        STIPULATION TO CONTINUE J&S TO
FEBRUARY 19, 2019 AT 9:15 A.M. AND RESET
                          v.                BRIEFING SCHEDULE
12

13 | NOE BAEZA-BRAVO,
                              Defendant

14

                              **STIPULATION**
15

16          Plaintiff United States of America, by and through its counsel of record, and NOE BAEZA-

17 | BRAVO, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for

18 | J&S and reset the briefing schedule as follows:

          Judgment and Sentencing Date:  **February 19, 2019**
19
          Reply, or Statement of Non-Opposition: **February 12, 2019**
20
          Motion for Correction of the Presentence Report shall be filed with the Court and served on the
21
          Probation Officer and opposing counsel no later than:  **February 5, 2019**
22
          **Final PSR:**                                  **January 29, 2019**
23
          Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer
24
          and opposing counsel no later than: **January 22, 2019**
25

26

27

28

                                          1

1          IT IS SO STIPULATED.

2

3    Dated:  December 11, 2018                    McGregor Scott
                                                  United States Attorney
4

5                                                 /s/ Richard Bender
                                                  RICHARD BENDER
6                                                 Assistant United States Attorney

7
     Dated:  December 11, 2018                    /s/   Dina L. Santos
8                                                 DINA SANTOS, ESQ.
                                                  Attorney for NOE BAEZA BRAVO
9

10                                    **ORDER**

11        IT IS SO FOUND AND ORDERED this 11th day of December,  2018

12                                                /s/ John A. Mendez

13

14                                                HON. JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2