Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Noe Baeza Bravo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE BAEZA-BRAVO,<br>Defendant | CASE NO. 16-CR-0067 JAM<br><br>STIPULATION TO CONTINUE J&S TO FEBRUARY 19, 2019 AT 9:15 A.M. AND RESET BRIEFING SCHEDULE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and NOE BAEZA-BRAVO, by and through his Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

Judgment and Sentencing Date: **February 19, 2019**

Reply, or Statement of Non-Opposition: **February 12, 2019**

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: **February 5, 2019**

**Final PSR:** **January 29, 2019**

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **January 22, 2019**

1

IT IS SO STIPULATED.

Dated: December 11, 2018　　　　　　　　　McGregor Scott
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ Richard Bender
　　　　　　　　　　　　　　　　　　　　　RICHARD BENDER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: December 11, 2018　　　　　　　　　/s/ Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for NOE BAEZA BRAVO

## ORDER

IT IS SO FOUND AND ORDERED this 11th day of December, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez

　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE