McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0067 JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING OF DEFENDANT NOE BAEZA-BRAVO |
| NOE BAEZA BRAVO, | |
| Defendant. | |

It is hereby agreed between counsel for the parties that the Sentencing in the above matter be continued from March 5, 2019 to March 12, 2019 at 9:15 a.m. Additional time is needed for the government to respond to the defendant's objections to the Presentence Report.

Dated: February 27, 2019                    McGREGOR W. SCOTT
                                            United States Attorney

                                       By:  /s/ Richard J. Bender
                                            RICHARD J. BENDER
                                            Assistant United States Attorney

Dated: February 27, 2019                    /s/ Dina Santos by RJB
                                            DINA SANTOS
                                            Attorney for Noe Baeza Bravo

//

//

STIPULATION CONTINUING SENTENCING                    1

[Stipulation Continuing Sentencing, page two]

It is so ORDERED,

This 28th day of February, 2019                              /s/ John A. Mendez

                                                                  JOHN A. MENDEZ
                                                                  U.S. District Court Judge